NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALBERT L. ROGERO, III,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　Case No.  2D17-5025
　　　　　　　　　　　　　　　　　　　　)
LAURIE ANN ROBERTS,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　　 )
_____)

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Pinellas
County; Sherwood Coleman, Judge.

Albert L. Rogero, III, pro se.

Jaime R. Girgenti of Koch & Hoffman,
P.A., Clearwater, for Appellee.


PER CURIAM.

　　　　　　　Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.